Argued February 15, reversed April 9, rehearing denied June 4, 1929.

## IONE ELLIOTT v. M. PALLAY.

(276 Pac. 1118.)

For appellant there was a brief over the name of Mr. E. L. McDougal, with an oral argument by Mr. Randall S. Jones.

For respondent there was a brief and oral argument by *Mr. Martin W. Hawkins*.

PER CURIAM.—Plaintiff seeks to recover damages for personal injuries sustained on account of the alleged negligence of defendant. Judgment was asked for $5,000 as general damages and $100 as special damages. The trial court instructed the jury, without exception by either party, that in the event of verdict for plaintiff, it could not exceed the sum of $5,077. A verdict was returned for $75. Plaintiff moved for a new trial on the grounds: (1) misconduct of the jury in limiting the amount of damages awarded to the sum of $75; (2) that the verdict rendered by the jury is against the law. From an order allowing a new trial the defendant appeals.

On the merits this is a flimsy case. It is believed that plaintiff had a fair trial and ought to be satisfied. She had her day in court. The trial court, in effect, instructed that special damages for plaintiff could not exceed $77. Neither party took exception to this charge. On the authority of *Snyder* v. *Portland Railway, Light & Power Co.*, 107 Or. 673 (215 Pac. 887), the order allowing a new trial is reversed and the cause remanded with directions to enter judgment in favor of plaintiff in accordance with the verdict.

REVERSED AND REMANDED WITH DIRECTIONS. REHEARING DENIED.